THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BANK OF AMERICA, N.A,<br><br>                    Plaintiff,<br><br>        v.<br><br>BLACK HAWK, Official No. 515015, its<br>Engines, Machinery, Appurtenances, etc.;<br>*In Rem*;<br><br>        and<br><br>SOUND FREIGHT LINES, INC., a<br>Washington corporation; and KAY L.<br>WASHBURN and DANIEL L.<br>WASHBURN, individually and the marital<br>community composed thereof;<br>*In Personam*,<br><br>                    Defendants. | IN ADMIRALTY<br><br>Case No. 3:10-cv-05427 RBL<br><br>ORDER GRANTING MOTION FOR<br>ORDER OF DEFAULT JUDGMENT *IN<br>REM* AGAINST BLACK HAWK AND *IN<br>PERSONAM* AGAINST SOUND<br>FREIGHT LINES, INC., KAY L.<br>WASHBURN AND DANIEL L.<br>WASHBURN, AWARD OF<br>ATTORNEYS' FEES AND COSTS, FOR<br>ORDER OF SALE, AND FOR CREDIT<br>BID AUTHORITY |

THIS MATTER, having come before the Court upon the Plaintiff's motion for (1)

a default judgment *in rem* against BLACK HAWK, Official No. 515015; (2) a default

judgment *in personam* against Sound Freight Lines, Inc.; (3) a default judgment *in*

*personam* against Kay L. Washburn; (4) a default judgment *in personam* against Daniel

L. Washburn; (5) award of legal fees, costs and *in custodia legis* expense; (6) an order for

ORDER FOR DEFAULT JUDGMENT - 1
Case No. 3:10-CV-05427 RBL

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

sale of the defendant vessel; (7) for credit bid authority; and (8) for satisfaction of all liens and encumbrances out of the proceeds of the sale.

After due consideration, the Court having reviewed the records and files herein and the Declaration of John E. Casperson, and being otherwise advised in the premises, it is hereby:

ORDERED that the Preferred Ship Mortgages of Bank of America on the BLACK HAWK, Official No. 515015, its engines, machinery, and appurtenances, etc., is hereby foreclosed; and it is further

ORDERED that Bank of America shall have judgment jointly and severally against Sound Freight Lines, Inc., Kay L. Washburn and Daniel L. Washburn, individually and against the marital community, and against the BLACK HAWK, Official No. 515015, its engines, machinery, appurtenances, etc., based on the August 2008 Note the amount of $2,585,506.50, plus interest thereon through May 10, 2010 in the amount of $56,252.12, plus per diem interest in the amount of at $181.53 per diem from May 10, 2010 through November 8, 2010, plus a late fee of $7,615.43, for a total principal and interest of $2,682,412.51; and it is further

ORDERED that Bank of America shall have judgment jointly and severally against Sound Freight Lines, Inc., Kay L. Washburn and Daniel L. Washburn, individually and against the marital community, and against the BLACK HAWK, Official No. 515015, its engines, machinery, appurtenances, etc., based on the July 2001 Note the amount of $570,160.96, plus interest thereon through May 10, 2010 in the amount of $1,046.18, plus per diem interest in the amount of at $116.80 per diem from

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. May 10, 2010 through November 8, 2010, for a total principal and interest of

2. $592,464.74; and it is further

3.  ORDERED that Bank of America shall have judgment jointly and severally

4. against Sound Freight Lines, Inc., Kay L. Washburn and Daniel L. Washburn,

5. individually and against the marital community, and against the BLACK HAWK,

6. Official No. 515015, its engines, machinery, appurtenances, etc., based on the February

7. 2005 Note the amount of $200,000.00, plus interest thereon through May 10, 2010 in the

8. amount of $187.50, plus per diem interest in the amount of at $20.83 per diem from May

9. 10, 2010 through November 8, 2010, plus late fees of $8,000.00 for a total principal and

10. interest of $211,978.56; and it is further ordered

11.  ORDERED that Bank of America shall have judgment jointly and severally

12. against Sound Freight Lines, Inc., Kay L. Washburn and Daniel L. Washburn,

13. individually and against the marital community, and against the BLACK HAWK,

14. Official No. 515015, its engines, machinery, appurtenances, etc., based on the ISDA

15. Confirmation and Guaranty the amount of $202,000, plus per diem interest in the amount

16. of $37.63 per diem from May 10, 2010 through November 8, 2010, for a total principal

17. and interest of $208,848.66; and it is further

18.  ORDERED that Bank of America shall have judgment jointly and severally

19. against Sound Freight Lines, Inc., Kay L. Washburn and Daniel L. Washburn,

20. individually and against the marital community, and against the BLACK HAWK,

21. Official No. 515015, its engines, machinery, appurtenances, etc., in the amount of

ORDER FOR DEFAULT JUDGMENT - 3
Case No. 3:10-CV-05427 RBL

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

$25,022.75 representing costs *in custodia legis* to arrest and keep the BLACK HAWK since the time of arrest through the present, and it is further

ORDERED that Bank of America shall have judgment jointly and severally against Sound Freight Lines, Inc., Kay L. Washburn and Daniel L. Washburn, individually and against the marital community, and against the BLACK HAWK, Official No. 515015, its engines, machinery, appurtenances, etc., in the amount of $13,707.09, representing attorneys' fees and costs for attorneys' fees and expenses incurred in the enforcement of the Preferred Ship Mortgages; and it is further

ORDERED that Bank of America shall have a <u>total</u> judgment jointly and severally against Sound Freight Lines, Inc., Kay L. Washburn and Daniel L. Washburn, individually and against the marital community, and against the BLACK HAWK, Official No. 515015, its engines, machinery, appurtenances, etc., in the amount of $3,734,434.31, plus per diem interest of $356.79 from November 8, 2010; and it is further

ORDERED that the United States Marshal shall, pursuant to Supplemental Admiralty Rule E(9) and to Local Admiralty Rules 145, 150, and 155 and cause the BLACK HAWK, Official No. 515015, its engines, machinery, appurtenances, etc., to be sold, free of all liens and encumbrances on the date and time hereafter arranged and agreed to by plaintiff and the U.S. Marshal; and it is further

ORDERED that at the sale by the U.S. Marshal of the BLACK HAWK, Bank of America shall be permitted to bid all or part of its judgments hereunder without cash deposit, plus accrued interest and accrued costs in *custodia legis*.

ORDER FOR DEFAULT JUDGMENT - 4
Case No. 3:10-CV-05427 RBL

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this 10th day of November, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

HOLMES WEDDLE & BARCOTT

s/ John E. Casperson
John E. Casperson
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:     (206) 292-8008
Facsimile:     (206) 340-0289
Email: jcasperson@hwb-law.com
Attorney for Plaintiff

G:\2033\25156\Pleading\Order.Default Judgment.doc

ORDER FOR DEFAULT JUDGMENT - 5
Case No. 3:10-CV-05427 RBL

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289